National Tea Company, appellee, v. Elgin, Joliet and Eastern Railway Company, appellant.   Gen. No. 36,217.

Opinion filed March 29, 1933.
Knapp, Beye, Allen, Cochran & Cushing, for appellant; Joseph L. Earlywine and Paul R. Conaghan, of counsel. Soelke, Koehn & Loewy, for appellee.
Mr. Presiding Justice Wilson delivered the opinion of the court.